UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DIONNE M. D.,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV-18-140-M-JCL<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision is affirmed.

  Dated this 1st day of July, 2019.

        TYLER P. GILMAN, CLERK

        By: /s/ Annie Puhrmann
        Annie Puhrmann, Deputy Clerk