# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| DIONNE MARIE NADON,<br><br>Plaintiff,<br>vs.<br><br>ANDREW SAUL, Commissioner<br>of Social Security Administration,<br><br>Defendant. | NO.: CV-18-140-M-KLD<br><br><br><br>ORDER |

Plaintiff Dionne Marie Nadon ("Nadon"), by and through her attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal. Plaintiff initially requested $17,159.74 in fees.

Counsel for Defendant Commissioner of Social Security ("Commissioner") has been contacted and stipulates to a reduced fee of $15,000.00.

Upon Plaintiff's stipulated application for fees under the Equal Access to Justice Act, and for good cause showing:

**IT IS HEREBY ORDERED** that Defendant shall pay Plaintiff $15,000.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412.

**IT IS FURTHER ORDERED** that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, (2) agrees to waive the requirements of the Anti-Assignment Act, and (3) is provided a valid assignment of fees executed by Plaintiff, the fees will be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows:

> Seidlitz Law Office
> P.O. Box 1581
> Great Falls, MT 59403-1581

However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and a check for any remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but delivered to Plaintiff's attorney's office at the address stated above.

DATED this 24th day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge